IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-198-D

| | |
|---|---|
| DAVID M. STALLINGS and<br>CORTNEY H. STALLINGS,<br><br>     Plaintiffs,<br><br>v.<br><br>TAMKO BUILDING PRODUCTS, INC.,<br>AND TAMKO ROOFING PRODUCTS,<br>INC.<br>     Defendant. | **ORDER GRANTING PARTIES'<br>CONSENT MOTION TO GRANT<br>TAMKO'S MOTION TO DISMISS<br>AND COMPEL ARBITRATION** |

  Presently before the Court is the parties' joint consent motion to grant TAMKO's motion to dismiss and compel arbitration. The Parties represent that they have conferred and agree to resolve this dispute through arbitration under the rules of the American Arbitration Association. Upon consideration, the Court **GRANTS** the parties' motion. This matter shall be **DISMISSED** without prejudice and subject to binding arbitration through the American Arbitration Association.

  **SO ORDERED.** This __30__ day of July 2018.

                          JAMES C. DEVER III
                          Chief United States District Judge