UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DAVID M. STALLINGS and COURTNEY H. STALLINGS, <br><br> Plaintiffs, <br><br> v. <br><br> TAMKO BUILDING PRODUCTS, f/k/a Tamko Roofing Products, Inc., <br><br> Defendant. | **JUDGMENT IN A CIVIL CASE** <br> CASE NO.  5:18-CV-198-D |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that this matter shall be **DISMISSED** without prejudice and subject to binding arbitration through the American Arbitration Association.

**This Judgment Filed and Entered on July 30, 2018, and Copies To:**

| | |
|---|---|
| Jonathan Wellons Anderson | (via CM/ECF electronic notification) |
| Patrick James Cleary | (via CM/ECF electronic notification) |
| Richard H. Willis | (via CM/ECF electronic notification) |
| Derek D. Tarver | (via CM/ECF electronic notification) |

DATE:  
July 30, 2018

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
 Deputy Clerk